McGREGOR W. SCOTT
United States Attorney
CAMERON L. DESMOND
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**
May 29, 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANT CONCERNING: THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER (831) 566-3898. | CASE NO: CASE NO: 2:20-SW-0003 DB<br><br>ORDER TO UNSEAL SEARCH WARRANT AND SEARCH WARRANT AFFIDAVIT |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is, hereby ordered unsealed.

Dated: 05/29/2020

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

ORDER TO UNSEAL SEARCH WARRANT AND
SEARCH WARRANT AFFIDAVIT                     1